**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Latasha Bannister, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Berkman Henoch Peterson Peddy & Fenchel, PC,<br><br>Defendant. | Case No: 2:20-cv-01810-MKB-AKT<br><br>**NOTICE OF MOTION FOR FIXING THE AMOUNT OF PLAINTIFF'S ATTORNEY FEES & COSTS** |

**PLEASE TAKE NOTICE** that the Plaintiff, Latasha Bannister, by and through her undersigned counsel, hereby moves this Court, on a date and time to be set by the Court, before the Honorable Margo K. Brodie, U.S.D.J., at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, pursuant to the Court's Order of January 29, 2021 (*Dkt. No.* 22), for an Order setting the amount of Plaintiff attorneys' fees and costs. In support of this motion, Plaintiff relies upon the contemporaneously filed Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees and Costs Under the FDCPA, the Declarations of Jonathan M. Cader, Esq. and of Craig B. Sanders, Esq., and all the proceeding had heretofore herein.

**PLEASE TAKE FURTHER NOTICE**, that this Motion shall be heard on a date and time to be set by the Court.

DATED: February 17, 2021          **BARSHAY SANDERS, PLLC**

         By: */s Craig B. Sanders*
         Craig B. Sanders, Esq.
         100 Garden City Plaza, Suite 500
         Garden City, New York 11530
         Tel: (516) 203-7600
         Fax: (516) 706-5055
         *Attorneys for Plaintiff*

