UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LATASHA BANNISTER, individually and on
behalf of all others similarly situated,

                            Plaintiff,                               JUDGMENT

       v.

                                                20-CV-1810 (MKB) (AKT)

BERKMAN HENOCH PETERSON
PEDDY & FENCHEL, PC,

                           Defendant.
----------------------------------------------------------------X

An Order of Honorable Margo K. Brodie, United States District Judge, having been filed

on August 12, 2021, adopting the Report and Recommendation of Magistrate Judge A. Kathleen

Tomlinson, dated July 31, 2021, granting in part and denying in part Plaintiff's motion for

attorneys' fees; and awarding $8,727.80 in attorneys' fees and $475.60 in costs for a total award

of $9,203.40; it is

ORDERED and ADJUDGED that Plaintiff's motion for attorneys' fees is granted in part

and denied in part; and that Plaintiff is awarded $8,727.80 in attorneys' fees and $475.60 in costs

for a total award of $9,203.40.

Dated: Brooklyn, New York                          Douglas C. Palmer
         August 13, 2021                      Clerk of Court

                                       By:     /s/Jalitza Poveda
                                               Deputy Clerk